FILED
2010 Jun-18 AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ELLEN JOHNSON, | ] |
| Plaintiffs, | ] |
| vs. | ] 7:09-CV-01838-LSC |
| UNITED COLLECTION BUREAU, INC, CAPITAL MANAGEMENT SERVICES, L.P., AND CHASE BANK, USA, N.A., | ] |
| Defendants. | ] |

## ORDER

The Court has been advised that the above-entitled case has been settled. Therefore, this cause is DISMISSED with prejudice. Costs are taxed as paid.

Done this <u>18th</u> day of June 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE